STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
11818 Moorpark Street, No. R
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com
       stan@appsatlaw.com

*Attorneys for Plaintiff WILLIAM DENTON*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| William Denton,<br><br>    Plaintiff,<br><br>    v.<br><br>Direct Financial Solutions, LLC, d/b/a Cash Central; California Check Cashing Stores LLC, d/b/a Cash Central of California; TransUnion, LLC; and Experian Information Solutions, Inc.<br><br>    Defendants. | Case No. 8:20-cv-01276-DOC-DFM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC ONLY** |

**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC ONLY**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

    The Plaintiff, WILLIAM DENTON, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with Defendant TransUnion, LLC ("Trans Union"). The settlement is conditioned upon certain future performances by Trans Union. Upon completion of said performances by Defendant, Plaintiff intends to file a dismissal as to Defendant Trans Union.

Dated: August 10, 2020

                                                  __/s/_ Stanley R. Apps_____
                                                  Stanley R. Apps
                                                  *Attorneys for Plaintiff*