STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
11818 Moorpark Street, No. R
Studio City, CA 91604
Telephone: (310) 709-3966
Email:  stanley.a@gitmeidlaw.com
           stan@appsatlaw.com

*Attorneys for Plaintiff WILLIAM DENTON*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| William Denton,<br><br>   Plaintiff,<br><br>   v.<br><br>Cash Central of California, LLC, d/b/a Cash Central; TransUnion, LLC; and Experian Information Solutions, Inc.,<br><br>   Defendants. | Case No. 8:20-cv-01276-DOC-DFM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

**NOTICE OF SETTLEMENT AS TO DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

   The Plaintiff, WILLIAM DENTON, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with Defendant EXPERIAN INFORMATION SOLUTIONS, INC ("Experian"). The settlement is conditioned upon certain future performances by Experian. Upon completion of said performances by Defendant, Plaintiff intends to file a dismissal as to Defendant Experian.

Dated: September 22, 2020

                                             __/s/_ Stanley R. Apps_____
                                             Stanley R. Apps
                                             *Attorneys for Plaintiff*