STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
11818 Moorpark Street, No. R
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com
        stan@appsatlaw.com

*Attorneys for Plaintiff WILLIAM DENTON*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| William Denton,<br><br>    Plaintiff,<br><br>    v.<br><br>Cash Central of California, LLC,<br>d/b/a Cash Central; TransUnion, LLC;<br>and Experian Information Solutions,<br>Inc.,<br><br>    Defendants. | Case No. 8:20-cv-01276-DOC-DFM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT CASH CENTRAL OF CALIFORNIA, LLC, DOING BUSINESS AS CASH CENTRAL** |

### NOTICE OF SETTLEMENT AS TO DEFENDANT
### CASH CENTRAL OF CALIFORNIA, LLC, DOING BUSINESS AS CASH CENTRAL

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

    The Plaintiff, WILLIAM DENTON, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with Defendant Cash Central of California, LLC, doing business as Cash Central ("Cash Central". The settlement is conditioned upon certain future performances by Cash Central. Upon completion of said performances by Defendant, Plaintiff intends to file a dismissal as to Defendant Cash Central.

    Plaintiff further states that this case is now settled as to all Defendants.

NOTICE OF SETTLEMENT AS TO DEFENDANT CASH CENTRAL

Dated: October 21, 2020

                                         __/s/_ Stanley R. Apps_____

                                         Stanley R. Apps
                                         *Attorneys for Plaintiff*

NOTICE OF SETTLEMENT AS TO DEFENDANT CASH CENTRAL